UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. <u>22-3026 & 22-3039</u>

Keystone-Conemaugh Projects LLC v. EPA
Homer City Generation LP v. EPA

To: Clerk

1.) Uncontested Joint Motion of Petitioners, Respondents and Movant-Intervenor Commonwealth of Pennsylvania, Department of Environmental Protection (PADEP) for an Extension of Deadlines for Filing Briefs, Use of a Deferred Joint Appendix and Expedited Relief.

    The foregoing uncontested joint motion for extension of time to file briefs is construed as a joint motion to modify the briefing schedule. So construed, the motion is granted. Parties' motion to file a deferred joint appendix is also granted. The briefing schedule is hereby modified as follows: Petitioners' and Intervenor PADEP's briefs must be filed and served on or before January 23, 2023; Respondents' and Intervenors Sierra Club and Montour, LLC's briefs must be filed and served on or before March 24, 2023; Petitioners' and Intervenor PADEP's reply briefs must be filed and served on or before April 28, 2023; Petitioners deferred joint appendix on or before May 19, 2023. Parties to file final briefs on or before June 2, 2023.

    Briefs filed in accordance with the modified briefing schedule and before filing the deferred appendix should be designated as "PROOF" briefs and filed in electronic format only.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 13, 2022
Sb/cc:　All Counsel of Record