ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

KEYSTONE-CONEMAUGH PROJECTS, LLC,

*Petitioner*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, et al.,

*Respondents*.

Case No. 22-3026, consolidated with Case No. 22-3039

**UNCONTESTED MOTION TO EXTEND TIME TO RESPOND TO PETITIONERS' MOTIONS TO STAY**

Respondent United States Environmental Protection Agency ("EPA") moves to extend the time to respond to: (1) Motion of Petitioner Keystone-Conemaugh Projects, LLC for Stay of Federal Implementation Plan's Compliance Date Pending Review (ECF No. 29-1, Case No. 22-3026); and (2) Motion of Petitioner Homer City Generation, L.P. for Stay of Federal Implementation Plan's Compliance Date Pending Appeal (ECF No. 32-1, Case No. 22-3039). Petitioners do not oppose the relief requested in this motion.

    1.    On February 13, 2023, Petitioners filed the above-referenced motions to stay.

2. The deadline to respond to the motions to stay is currently February 23, 2023. *See* Fed. R. App. P. 27(a)(3)(A).

3. The Court may extend the time to respond to a motion for "good cause." *See* Fed. R. App. P. 26(b).

4. Good cause exists to extend the time to respond to the motions to stay by two business days to February 27, 2023.

5. Respondents are working diligently to prepare a response to the motions to stay. The requested extension reflects the need for additional time to prepare the response and to afford Respondents adequate time to seek and obtain internal approvals before the response deadline. These efforts are made more complicated by the passing of the Washington's Birthday Federal holiday on February 20.

6. <u>Certification</u>: Undersigned counsel for EPA has consulted with counsel for Petitioners. Petitioners do not contest a two-day extension of the response deadline for the motions to stay to February 27, 2023.

| | |
|---|---|
| Dated: February 15, 2023 | *s/ Brandon N. Adkins*<br>Brandon N. Adkins<br>United States Department of Justice<br>P.O. Box 7611<br>Washington, D.C. 20044<br>Tel: (202) 616-9174<br>Fax: (202) 514-8865<br>Email: brandon.adkins@usdoj.gov |
| | *Counsel for Respondents* |

## CERTIFICATE OF COMPLIANCE

I certify that this Motion complies with the requirements of Federal Rule of Appellate Procedure 32(a)(5) and (6) because it has been prepared in 14-point Times New Roman, a proportionally spaced font.

I further certify that this Motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 243 words, excluding the parts of the Motion exempted under Rule 32(f), according to the count of Microsoft Word.

*s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the foregoing Uncontested Motion to Extend Time to Respond to Petitioners' Motions to Stay with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice
