1          IN THE UNITED STATES COURT OF APPEALS
2                  FOR THE THIRD CIRCUIT
3    KEYSTONE-CONEMAUGH PROJECTS LLC      )  No. 22-3026
                                          )
4                    Petitioner,          )  Philadelphia, PA
     v.                                   )
5                                         )
     UNITED STATES ENVIRONMENTAL          )  November 6, 2023
6    PROTECTION AGENCY, ET Al.            )
                                          )
7                    Respondents.         )
8
                 TRANSCRIPT OF ORAL ARGUMENT
9          BEFORE THE HONORABLE L. FELIPE RESTREPO,
             THE HONORABLE STEPHANOS BIBAS, &
10         THE HONORABLE ANTHONY JOSEPH SCIRICA,
               UNITED STATES CIRCUIT JUDGES
11
12   APPEARANCES:
13   For Petitioner:          JOSEPH V. SCHAEFFER, ESQ.
                              BABST CALLAND
14                            603 Stanwix Street
                              Two Gateway Center, 6th Floor
15                            Pittsburgh, PA 15222
16                            JESSE C. WALKER, ESQ.
                              OFFICE OF ATTORNEY GENERAL OF PA
17                            BUREAU OF REGULATORY COUNSEL
                              RCSOB 9th Floor
18                            P.O. Box 8464
                              Dept. of Environmental Protection
19                            Harrisburg, PA 17105
20   For Respondents:         BRANDON N. ADKINS, ESQ.
                              U.S. DEPT. OF JUSTICE
21                            Environmental & Natural Resources
                              Division
22                            P.O. Box 7611
                              Ben Franklin Station
23                            Washington, D.C. 20044
24
25

Page 2

1    For Respondent Interventor: CHARLES MCPHEDRAN, ESQ.
                              EARTHJUSTICE
2                             1617 John F. Kennedy Blvd.
                              Suite 2020
3                             Philadelphia, PA 19103
4
5
6          Veritext National Court Reporting Company
                      Mid-Atlantic Region
7            1801 Market Street – Suite 1800
                  Philadelphia, PA 19103
8                     1-888-777-6690
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1                          I N D E X

2    ARGUMENT:                                      PAGE

3    By Mr. Schaeffer                                  4

4    By Mr. Walker                                    13

5    By Mr. Adkins                                    18

6    By Mr. McPhedran                                 25

7    By Mr. Schaeffer                                 27

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1                      P R O C E E D I N G S

2                JUDGE RESTREPO:  Our next case is Keystone v.

3      The EPA, 22-3026.

4                Mr. Schaeffer, good morning, sir.

5                MR. SCHAEFFER:  Good morning, Your Honors.

6                May it please the Court, my name is Joseph

7      Schaeffer and I represent Petitioner Keystone-Conemaugh

8      Projects LLC.  Jesse Walker of Pennsylvania D.E.P. has four

9      minutes of the remaining petitioner's time.

10                May I reserve two minutes for rebuttal?

11                JUDGE RESTREPO:  Yes.

12                MR. SCHAEFFER:  This case is about limits.  In

13      one respect it's about limits on emissions of nitrogen oxides

14      or NOX the EPA set in a federal implementation plan for four

15      Pennsylvania electric generating stations.

16                But in another more fundamental respect, it's

17      about the limits of EPA's authority under the Clean Air Act.

18      We are asking this Court to vacate the federal plan at issue

19      here because EPA exceeded those limits.  My time --

20                JUDGE BIBAS:  How did they exceed these

21      limits as you under -- and what are the limits as you

22      understand them?

23                MR. SCHAEFFER:  Well, the limits start first

24      with Section 110(c)(1) of the Clean Air Act because 110(c)(1)

25      establishes three ways and only three ways in which EPA can

Page 5

1    promulgate a federal plan.

2              JUDGE BIBAS:  So this is a procedural

3    challenge at the moment you're talking about?

4              MR. SCHAEFFER:  This is not a procedural

5    challenge, Your Honor.  This is a statutory challenge.  This

6    is a --

7              JUDGE BIBAS:  No.  No.  No.  No.  My

8    point is let's separate out what you think was wrong with the

9    procedure EPA followed from what you think is wrong with the

10   substantive limits that it adopted.

11             MR. SCHAEFFER:  Okay.  I will agree.  In that

12   respect we -- if the Court refers to it as a procedural

13   challenge, yes, this is not addressing the substance of the

14   limits that EPA --

15             JUDGE BIBAS:  Okay.

16             MR. SCHAEFFER:  -- adopted.  It's addressing

17   the power of the EPA in the first instance to publish or issue

18   the federal plan with those limits.  And here there are only

19   three ways in which EPA has the authority under the Clean Air

20   Act to publish or issue a federal plan.  And the only one the

21   EPA invoked here was its authority to issue a federal plan

22   after disapproving a state plan.

23             JUDGE BIBAS:  Okay.  So it seems like

24   the heart of your complaint is that they -- you know, that the

25   presumptive overall cap was knocked out and then EPA charged

Page 6

1    straight in and adopted a series of individual site specific

2    ones.

3                So was -- why was that jumping the gun?  Why

4    was that procedurally improper?

5                MR. SCHAEFFER:  Well, to do that, for EPA to

6    adopt any type of limits it had to properly invoke its

7    authority under Section 110(c)(1).  So it's not a matter of

8    EPA not liking the presumptive approach and deciding to adopt

9    a different approach.  It's that EPA had to do one of three

10   things, either find that the state had failed to submit to

11   plan, that the plan was administratively incomplete or that

12   the plan was disapproved.

13               And here EPA invoked its authority under

14   110(c)(1)(b).

15               JUDGE BIBAS:  Right.  So they

16   disapproved the state implementation submission in whole or in

17   part.

18               MR. SCHAEFFER:  Yeah.  The -- and the issue

19   here is the EPA disapproved the wrong plan.

20               JUDGE BIBAS:  Uh-huh.

21               MR. SCHAEFFER:  There were only two plans here,

22   state plans the EPA conceivably could have disapproved in

23   order to give itself the authority to promulgate a federal

24   plan.  The one the EPA selected was a state plan the PADEP had

25   submitted in 2016.  And this Court will recall that that was

Page 7

1  the subject of litigation, a petition for review, that was

2  filed in this Court and that was decided in the 2020 Sierra

3  Club decision.  And the consequence of that 2020

4  Sierra Club decision was vacatur, and vacatur wipes the slate

5  clean.

6             Consider one of the definitions that Black's

7  law gives for vacatur is annulment.  And so consider it this

8  way.  If you annul a marriage, you don't put the proposal back

9  on the table for one of the parties to reject.  You wipe the

10 slate clean.

11            But what EPA did here after Sierra Club is it

12 treated the vacatur as if that 2016 state plan were still

13 pending in front of it to act upon, and it wasn't.  The slate

14 was wiped clean and it was incumbent upon PADEP in the first

15 instance under Section 110(c)(1) to take the first step.

16            And EPA didn't wait.  What it did is it reached

17 out to that 2016 state plan that was a legal nullity after

18 this Court's Sierra Club decision and it proposed to disapprove

19 that.

20            JUDGE BIBAS:  Wait.  The whole plan was

21 a nullity?  Only parts of it --

22            MR. SCHAEFFER:  Only parts of it --

23            JUDGE BIBAS:  -- were --

24            MR. SCHAEFFER:  -- were a nullity. That's true.

25 But those were the parts the EPA proposed to disapprove in

Page 8

1    order to give itself the authority here.

2              JUDGE BIBAS:  But we're dealing with a

3    two-year clock here.  Maybe we set the clock too short or

4    something, but they're racing against the clock.

5              MR. SCHAEFFER:  Well, EPA was under a deadline

6    from this Court, but the existence of a deadline does not

7    excuse PA -- EPA from complying with the plain language of the

8    statute.  And the statute here requires EPA to or limits EPA's

9    authority, rather, to issue a federal plan only if it takes

10   one of those three preparatory actions.

11             JUDGE BIBAS:  Well, why --

12             MR. SCHAEFFER:  And here --

13             JUDGE BIBAS:  -- why can't it treat our

14   vacatur as -- of the part as the equivalent of disapproving

15   the state implementation plan submission in part?

16             MR. SCHAEFFER:  Because under -- well, first,

17   EPA didn't do that.

18             JUDGE BIBAS:  Okay.

19             MR. SCHAEFFER:  If it had done that --

20             JUDGE BIBAS:  Uh-huh.

21             MR. SCHAEFFER:  -- then it would have had no

22   need to take the action to propose and then finalize

23   disapproval, and an appellate court can't rely on an argument

24   for rule making that EPA did not raise below.

25             But in the second instance, the plain language

Page 9

1    of Section 110(c) limits the preconditions to action taken by

2    EPA, not by this Court.  And so the action would need to have

3    been taken by EPA and it wasn't here.  The only state plan

4    that EPA could have disapproved here to give it the

5    authority to issue the federal plan was the 2022 revision that

6    PADEP had submitted.  And that state plan has still not been

7    acted upon.

8              EPA has never disapproved it.  And for EPA to

9    have promulgated the federal plan here, it would have needed

10   to do that.

11             Your Honors, if I may I would like to turn to

12   the second issue that I want to raise with the Court today.

13   And it assumes that EPA had the authority to issue the federal

14   plan.  Now it didn't.  But even if it did, EPA imposed NOX

15   limits here based on projections of selective catalytic

16   reduction or SCR usage that are contradicted by EPA's own fact

17   findings.  And this is a substance issue, Your Honors.

18             So let me start with an analogy.  If you know

19   that your car returns better fuel economy during highway

20   driving than city driving, you wouldn't estimate your city

21   fuel economy by using a data set weighted towards highway

22   driving.  It would return a result that's completely divorce

23   from reality.

24             In the context of these stations, baseload

25   operations are much like highway driving.  They have

1   high heat inputs and steady state operations.  Cycling

2   operations, by contrast, are more like city driving, lower

3   heat inputs and more frequent startups and shut downs.

4           Everyone here acknowledges that these stations

5   currently operate as cycling units and they have for about the

6   last five years.  And everyone also acknowledges that cycling

7   units will at least occasionally, perhaps even often, need to

8   operate below the minimum heat inputs for their SCR systems to

9   function.

10          As a result, you would have expected EPA in

11  this federal plan to develop NOX limits by estimating how

12  frequently cycling units, not baseload units, but cycling

13  units can operate SCR equipment.  But that's not what EPA did.

14          What EPA did is take a ten-year data set from

15  2011 to 2021 that included multiple years of baseload

16  operations.  And this is most apparent, Your Honors, in Pages

17  511 to 515 of the appendix where EPA's technical source

18  document, technical guidance document shows the graphs with

19  the hours that these stations spend above SCR thresholds and

20  below SCR thresholds for the past several years.

21          That ten-year threshold included multiple years

22  of baseloader operations, approximately five for each of

23  these stations.  And the -- so it was already weighed towards

24  base load operations.

25          And what EPA then did is select the third

1    highest SCR usage rate from that data set, but for Conemaugh

2    it took the second highest rate.  And given the EPA had

3    already stacked the data set towards baseload operations,

4    selecting the third highest frequency of operations gave EPA

5    an estimate of SCR usage frequent -- SCR usage that was biased

6    towards base load operations.  It's not representative of

7    cycling operations at all.

8                    And so EPA stacked the data set.  It

9    cherrypicked the variables.  It committed the same errors that

10    this Court found required vacatur in its Sierra Club decision

11    and the same result is required here.

12                    Your Honors, I have a few minutes left and so I

13    just want to --

14                    JUDGE SCIRICA:  I have a question about --

15                    MR. SCHAEFFER:  Yes, Your Honor.

16                    JUDGE SCIRICA:  -- about Montour.

17    Montour seemed to suggest that the EPA's

18    decision, which you believe warrant vacatur and remand are, in

19    fact, defects that courts typically find curable.  Why isn't

20    that applied to the other three?

21                    MR. SCHAEFFER:  Yes, Your Honor.

22                    JUDGE SCIRICA:  Yes.

23                    MR. SCHAEFFER:  And that goes to remedy, of

24    course.  So there -- Montour relies on the Allied-Signal

25    factors for that, Your Honor, and they say that the Allied-

Page 12

1    Signal factors look first to whether a defect could be cured

2    on remand and also to the disruption from vacatur.

3              And here the deficiencies are not curable on

4    remand for two reasons.  First, EPA acted contrary to law when

5    it issued the federal plan here because it didn't have the

6    authority.  That's an incurable defect.  It cannot be

7    addressed by the -- by additional fact-finding or support in

8    the record on remand.

9              But there's also a fundamental error here with

10   how EPA approached the calculation of these limits for these

11   three other stations.  It effects the frequency which I talked

12   about.  It also affects the rate for reasons explained in our

13   briefs.  And, again, it's not something that can be cured by

14   the addition of additional explanation into the record which

15   is something that's typically the case when remand is ordered

16   without vacatur.

17             JUDGE RESTREPO:  What is it you're asking us to

18   do?

19             MR. SCHAEFFER:  We're asking you to vacate the

20   federal plan here and to remand to EPA for the, either the

21   approval of a compliant state SIP provision, and there is one

22   pending in front of EPA that it can and is required to act

23   upon under the Clean Air Act.  That's what we're asking this

24   Court to do.

25             If there are no further questions, I am at

Page 13

1    time.

2                    Thank you, Your Honors.

3                    JUDGE RESTREPO:  You'll have rebuttal.

4                    Mr. Walker.

5                    MR. WALKER:  Good morning.  May it please the

6    Court, my name is Jesse Walker and I represent the

7    Commonwealth -- Intervenor Commonwealth of Pennsylvania,

8    Department of Environmental Protection.

9                    I have two points I would like to make today

10   for the Court.  Those points are EPA's FIP has imposed

11   RACT standards Pennsylvania cannot explain and has

12   circumvented Pennsylvania by ignoring its SIP submissions.

13                   The first point regarding EPA's FIP issuance is

14   that Pennsylvania is forced to issue permits incorporating the

15   FIP as RACT, but lacks the legal and technical basis to defend

16   them because EPA is imposing a novel strategy that departs

17   from its long-standing RACT guidance.

18                   This is problematic because Pennsylvania has to

19   submit the permits as SIP provisions and is stuck holding the

20   EGUs' to a standard that is not RACT.  It's based on EPA's

21   interstate transport methodology that has never been used

22   before for Clean Air Act RACT purposes and departs from the

23   agency's RACT standard.

24                   Pennsylvania must do so or be subject to Clean

25   Air Act sanctions.  EPA's contention on Page 26 of its brief

Page 14

1    that it did not violate the Clean Air Act by usurping

2    Pennsylvania's emission control choices because Pennsylvania

3    still has to submit a SIP is hollow and self-serving.  This is

4    because Pennsylvania must adopt the FIP control limits in its

5    subsequent RACT submittal.

6              This problem is compounded because EPA erred in

7    issuing a FIP that disregarded the technological limitations

8    of the pollution control technology despite EPA's own

9    admission of those limitations and changed current and future

10   EGU operations -- Joint Appendix 154 and Page 44 of their

11   brief -- did not perform an evaluation of existing source

12   equipment degradation of the three EGUs which is inherent in a

13   case by case analysis and instead substituted it with a third

14   best ozone approach.

15             And omitted, and this is important, omitted

16   consideration and analysis of EGU operating data outside the

17   ozone season for 2011 to 2021 reflecting those technological

18   limitations which results in improperly skewing the data

19   towards lower emission limits on a year-round basis.  That's

20   at Pennsylvania's brief, Pages 27, 28, Joint Appendix 691.

21             The second point regarding SIP inaction is that

22   EPA should have acted on Pennsylvania's SIP submittals instead

23   of circumventing Pennsylvania.  The facts here are

24   distinguishable in this case because Clean Air Act Section

25   110(c)(1)(B) requires a disapproval, and both Sierra Club and

1   EPA's after the fact August 2022 disapproval only involve

2   Pennsylvania's presumptive RACT regulation.

3                    Pennsylvania submitted case by case RACT SIPs

4   pursuant to a different lawful EPA SIP approved case by case

5   regulation which this Court acknowledged in Sierra Club.  But

6   EPA never acted on those submittals.  EPA issued the after the

7   fact August disapproval of only the presumptive RACT

8   regulation and then its FIP, which it claimed was case by case

9   RACT using a methodology inconsistent with its long-standing

10  case by case approach.

11                   EPA's brief on Page 27 notes that Pennsylvania

12  SIPs remain pending before the agency, and if EPA approves

13  them, they would replace the FIP.  But there has been no

14  action by EPA to do so before the imminent deadline under the

15  Clean Air Act just --

16                   JUDGE BIBAS:  But there --

17                   MR. WALKER:  -- weeks away.

18                   JUDGE BIBAS:  -- there was action the

19  first time around.  The first time around they -- so I find it

20  interesting that you and your friend on your side are focusing

21  all on the activity in the last year, but why isn't it enough

22  that, you know, we had a SIP and we had FIP before the 2020

23  decision in Sierra Club in this case?

24                   MR. WALKER:  Sure.  Thank you, Your Honor.

25                   Yes.  So it's Pennsylvania's position that the

Page 16

1    scope under 110(c)(1)(B), the disapproval, was to the

2    presumptive RACT regulatory provision.  And you were correct

3    earlier when you said only parts of that.  That was --

4                   JUDGE BIBAS:  Right.

5                   MR. WALKER:  -- the provision that was struck

6    down.

7                   And in Sierra Club also acknowledged the case

8    by case approval, so Pennsylvania moved to issue a SIP

9    pursuant to its lawful SIP approved regulation which EPA never

10   disapproved any case by case.

11                  So it's Pennsylvania's position that like

12   Oklahoma and Arizona, which EPA relies on in its case, the EPA

13   should have acted either before or concurrently consistent

14   with its own agency practice as those cases referenced to take

15   action on Pennsylvania's SIP.

16                  JUDGE RESTREPO:  But let me ask.  This isn't

17   something that -- it's not really part of the merits here.

18   But what happened?  Wasn't Pennsylvania working with the EPA

19   on their SIP and then all of a sudden communications broke

20   down?

21                  MR. WALKER:  Thank you, Your Honor.

22                  Yes.  So what had happened was after the Sierra

23   Club decision, Pennsylvania, as this Court would charge

24   Pennsylvania with submitting a revised compliant SIP or EPA to

25   issue a FIP that must be in accord with the agency's RACT

1    standard.

2              And so what happened, Pennsylvania proceeded

3    consistent with 129.99 to have the operator submit a SIP

4    revision to Pennsylvania.  Pennsylvania found upon reviewing

5    the operator's SIP provisions that those were inadequate and

6    then commenced working with -- to develop a SIP revision and

7    cooperatively worked with EPA for a number -- a period, over

8    20 meetings, over a thousand man hours.  And, quite frankly,

9    the timing issue had come up where EPA, they say in their

10   brief that they were essentially developing the FIP with a

11   radically different strategy at the same time they were

12   working with Pennsylvania on its tiered emission limit

13   approach, which is an alternative emission limit approach

14   different than what was rejected in Sierra Club by this Court.

15             But -- so basically they had in, I believe it

16   was late February, informed Pennsylvania that they were going

17   to issue the FIP and we submitted our SIPs in time, but they

18   just sat on them and did not act on them.  That's what

19   happened.

20             JUDGE RESTREPO:  Was that because the time that

21   -- the original opinion was too short?

22             MR. WALKER:  I think that the -- we could have

23   used just a little bit more time.  Yes.  Yes, Your Honor.

24             These facts all demonstrate that Penn -- that

25   EPA should have acted on Pennsylvania's case by case

Page 18

1    submittals either before or concurrent with the FIP.  And as I

2    mentioned, EPA relies on multiple cases in their briefs,

3    Oklahoma, Arizona, showing that it's common agency practice

4    for it to do so.

5              In closing, Pennsylvania had its emission

6    control choices supplanted by EPA's SIP inaction and faces

7    incorporating FIP limits that it can neither explain nor

8    defend as RACT.

9              You're going to hear from EPA's counsel that

10   they had to do something to satisfy this Court's order in

11   Sierra Club by August 27th despite submitting an extension

12   request with this Court for itself.  But the FIP does not

13   satisfy that order because it is not RACT.

14             For the reasons explained today and those in

15   Pennsylvania's briefing, Intervenor Pennsylvania D.E.P.

16   requests that this Court vacate the FIP.

17             Thank you.

18             JUDGE RESTREPO:  Thank you.

19             Mr. Adkins.

20             MR. ADKINS:  Yes.

21             Good morning and may it please the Court, my

22   name is Brandon Adkins of the United States Department of

23   Justice.  I represent the Respondent, United States

24   Environmental Protection Agency.

25             I would like to make three points for Your

1    Honors.

2                    First, EPA had statutory authority to

3    promulgate a federal plan upon disapproving portions of the

4    2016 state plan.  EPA's action was also reasonable and it was

5    consistent with this Court's remand instructions in the Sierra

6    Club case.

7                    Second, the federal plan reasonably addresses

8    the problem of the powerplants at issue in this case hovering

9    at temperatures below which they can operate their SCR

10   controls and thereby creating excess NOX omissions.

11                   And, third, the federal plan reasonably

12   reflects EPA's careful consideration of decades of operating

13   data for the particular sources at issue here today showing

14   that those sources are capable and have achieved the federal

15   plan limits or the limits that are set in the federal plan.

16                   We ask that this Court deny the petition.

17                   JUDGE BIBAS:  All right.  So focus on

18   your first point.  Your friends on the other side hang their

19   hats on there was no action on the most recent plan.  Talk

20   about the partial disapproval of the 2016 plan and why that

21   suffices under 110(c)(1).

22                   MR. ADKINS:  Sure.

23                   Under 110(c) --

24                   JUDGE BIBAS:  Uh-huh.

25                   MR. ADKINS:  -- we believe the text of the

1    statute is unambiguous.  Upon disapproving a state plan, the

2    agency is obligated to promulgate a federal plan at any point

3    within two years unless two things happen:  The state corrects

4    the deficiency and EPA approves that corrected state plan.

5              JUDGE BIBAS:  Uh-huh.

6              MR. ADKINS:  It's true that the state submitted

7    a corrected state plan after EPA proposed a federal plan and

8    before the agency finalized that federal plan.  The agency has

9    not yet taken action on that plan.  It will in due course.

10   But just because the state submitted the state plan doesn't

11   extinguish or limit EPA's authority.

12             JUDGE BIBAS:  Okay.  So I think I'm with

13   you on that, but I think the more troubling thing here is

14   (indiscernible) cooperative federalism.  All the cases say

15   that it's supposed to work this way, hand in glove, give the

16   state the first shot.

17             You disapproved this presumptive overall cap,

18   but then charge straight to these, you know, individual site-

19   specific limits without going through giving the state a shot

20   at, you know, what to do with these particular facilities.

21             So why is it that we shouldn't say that your

22   partial -- that the changes you make after the partial

23   disapproval are limited to the scope of the things that you

24   partially disapprove because your changes are broader than

25   what you disapproved?

Page 21

1          MR. ADKINS:  Sure.

2          I'll address this question.  I don't think the

3     changes were broader than what we disapproved, what the agency

4     disapproved.  But this is an argument that the state raised

5     for the first time in its reply brief, frankly, where the

6     state conceded two things.  They conceded first that the

7     federal plan set source specific emission limits.  That was an

8     argument that the -- we heard from the petitioners in prior

9     briefing.  Oh, this wasn't a source specific limit.  So that's

10    one thing that they conceded.

11         Second, they conceded that EPA has some

12    authority under the Clean Air Act when disapproving a state

13    plan to promulgate the federal plan.  Their issue is that

14    because we -- because the agency promulgated source specific

15    limits they exceeded that authority because the 2016 plan set

16    categorical limits.  It was a presumptive approach.

17         There's no support in the statute that -- to --

18    there is nothing in the statute to support Pennsylvania's

19    argument.  There's nothing in any of the case law to support

20    Pennsylvania's argument.  The source specific limits that are

21    set in the federal plan are for the same sources and under the

22    same RACT standards of the disapproved portions of the state

23    plan.

24         EPA also acted reasonably here.  In Month 21 of

25    the 24-month remand period, EPA proposed the federal plan.  On

1    that day the state still had not submitted a revised state

2    plan.  It's true that the agency advised the state in February

3    2022 with only six months to go before the end of the remand

4    period that it would then focus its resources on pursuing the

5    federal plan and finalizing a federal plan.

6                    But this -- I think this is an instance where

7    the agency was actually operating quite reasonably and waited

8    quite a bit of time, worked with the state up until that point

9    before pursuing the federal plan.

10                   JUDGE RESTREPO:  Again, just from a boots

11   on the ground perspective.  So you have this pending SIP now,

12   right?

13                   MR. ADKINS:  Correct.

14                   JUDGE RESTREPO:  What happens to that?

15                   MR. ADKINS:  So the SIP is pending.  The agency

16   will take action on the SIP.  The deadline to do so, the SIP

17   came in in two waves.  The first deadline is towards the end

18   of this month.  The second deadline is towards the beginning

19   of December of this year.

20                   JUDGE RESTREPO:  And so is it possible the

21   EPA is going to implement the SIP or approve the SIP?

22                   MR. ADKINS:  That is one possibility.  The

23   agency has not yet proposed how it will act on the SIP.  So it

24   could approve.  It could disapprove.  It could approve in part

25   or disapprove in part.  But there is no question that this

1    Court's decision on the federal plan would set the bar for

2    what is RACT for these sources.

3                    With respect to my second point, the federal

4    plan reasonably addresses the issue with these sources

5    hovering at temperatures below which they can operate their

6    SCR controls.

7                    There's no question here that the power plants

8    are capable of very low NOX emissions when they're using the

9    controls that are already installed.  What EPA and the state

10   observed in the operating data for these sources is that

11   sometimes they use their controls and sometimes they don't.

12   And they don't or they observed instances where they didn't at

13   the same temperature thresholds where they could have been

14   operating those controls and thereby causing excess NOX

15   eomissions.

16                   EPA's weighted rate approach attempted --

17   attempts to encourage the operators to use the sort -- the

18   controls that are already installed while accounting for the

19   cycling that was observed in the more frequent operating data

20   -- in the more recent operating data.

21                   Because the federal plan does not set a

22   threshold or different tiered rates for whether the units are

23   operating at high demand or low demand, it closes the gaping

24   loophole that this Court identified in the Sierra Club

25   opinion.

1          With respect to my third point, the federal

2    plan reflects -- is based on EPA's very thoughtful

3    consideration of decades of operating data for each of these

4    sources.  The petitioners by -- the petitioner, by contrast,

5    has not pointed to one ounce of data to contradict those

6    findings.  EPA reasonably looked to ozone season data to set a

7    rate that applies year round.  The RACT standards must apply

8    year round.  EPA used ozone season data because it reflects a

9    time when the sources -- it shows what the sources are capable

10   of achieving when they're using these NOX controls.

11          Similar sources in neighboring states have

12   achieved similar NOX reductions year round, and EPA looked at

13   non-ozone season data, too, and confirmed that the sources can

14   use their SCR controls outside of the ozone season and achieve

15   similarly low rates that are set in the federal plan.

16          For all those reasons, as well as those stated

17   in our brief, we ask that the Court deny the petition.  I'm

18   happy to answer any other questions.

19          JUDGE SCIRICA:  Are you still working with

20   the state on their SIP?

21          MR. ADKINS:  My understanding is that the EPA

22   has not been working with the state with the state plan, but

23   it is pending before the agency so there's really -- it's in

24   the agency's court so to speak to take action on what's been

25   submitted now.

```
1                    JUDGE RESTREPO:  You say you're not working
2     with them.  So it's under your consideration is what it is.
3                    MR. ADKINS:  That's correct.
4                    JUDGE RESTREPO:  Okay.  Thank you.
5                    MR. ADKINS:  Thank you very much.
6                    JUDGE RESTREPO:  Mr., is it McPhedran?
7                    MR. MCPHEDRAN:  McPhedran, rhymes with
8     Excedrin.
9                    Good morning.  May it please the Court, Charley
10    McPhedran for Sierra Club.
11                   EPA's rule offers significant emission
12    benefits, seven -- 6,000 tons per year of NOX reductions.
13    That's in Table 3 of the final rule.  Sierra Club supports
14    EPA's action and urges the Court to deny the petitions for
15    review.
16                   17 Pennsylvania counties in which 8 million
17    people live failed to meet the ozone health standard.  We have
18    an urgent need to protect the public health by taking action
19    to reduce pollution from our biggest polluters, including the
20    plants at issue here.
21                   The Clean Air Act gives EPA broad authority to
22    issue SIPs, to issue FIPs, excuse me, and to deal with FIP --
23    SIPs.  Sorry.  State plan -- regarding state plans, EPA can
24    approve state plans, can deny state plans, can revise state
25    plans, or can issue its own plans as we heard here about a
```

Page 26

1    federal plan regarding RACT, R-A-C-T.  The Act requires EPA to

2    issue a federal plan within two years after disapproving a

3    state plan.

4              Counsel for EPA took the Court right to the

5    language of 110(c), 7410(c) of the Clean Air Act.  The

6    administration shall promulgate a FIP at any time within two

7    years after the administrator disapproves a SIP in whole or in

8    part unless the state corrects the deficiency and the

9    administrator approves the plan or plan revision before the

10   administrator promulgates such a FIP.

11             That is the exact timeline that has occurred

12   here.  EPA has acted to propose a FIP before there was even a

13   state submission in May and June of 2022.  EPA finalized its

14   disapproval and then -- in August and then issued a FIP.  EPA

15   has followed the letter and the spirit of 110(c).

16             And I have to say, EPA's supervision is

17   required in this statute.  We talk about how the states are

18   important, how the states have the lead on these issues.  Yes.

19   But EPA management is critical and that's why the statute

20   reads the way it does.  That's why 110, 110(c) and I'm also

21   talking about 110(k) provide these various tools for EPA to

22   supervise state action.

23             And EPA action here has been essential.  Since

24   the remand of the prior rule in 2020, we've got more data on

25   emission levels, NOX levels from these plants.  EPA action

1  here will decisively reduce pollution in a way that will help

2  people in those 17 counties I mentioned, the 8 million people.

3          EPA's plan is based on a comprehensive review

4  of data, the details of which are spelled out in the record.

5  It takes the state of the art pollution controls that these

6  sources already have and requires them to be operated more

7  frequently.  It provides flexibility by averaging over 30

8  days, averaging emissions to even out emission spikes.  And it

9  provides for a daily emission limit that's based on maximum

10  levels of operation.

11          And in its final role, EPA provides even more

12  flexibility, providing a plantwide average based on an average

13  of weighted rates at the various units of the plant.

14          State of the art controls, 6,000 tons of

15  reduction, flexibility.  The Court should deny the petition

16  for review.

17          JUDGE RESTREPO:  Thank you.

18          MR. MCPHEDRAN:  Thank you.

19  (Pause)

20          MR. SCHAEFFER:  Judge Restrepo, you asked what

21  happened here and, Judge Bibas, you asked a question about

22  cooperative federalism.  And that's really what's at the heart

23  of this case.

24          My friend on the other side told this Court, as

25  of the date of proposed disapproval the state had not submitted its

Page 28

1    SIP.  Well -- the 2022 SIP revision.

2              Well, the reason for that is because EPA told

3    PE -- PADEP not to do so.  That's at Page 699 of the record.

4    It's in PADEP's comments and it's unrebutted by any other

5    evidence.

6              Now the question here is why would PA -- why

7    would EPA tell the state, don't submit a SIP.  The state has a

8    statutory obligation to submit a SIP even if there's a FIP

9    that's in place.  And, in fact, the state faces significant

10   sanctions, the loss of significant funds, if it does not have

11   an approved SIP in place.

12             So why, why would EPA tell the state not to do

13   that.  And the answer, I think, is in a comment that my friend

14   made during oral argument; that is, the FIP sets the floor for

15   whatever RACT these sources must meet.  That's the issue.  The

16   reason why EPA told these -- told PADEP not to submit a SIP is

17   it wants to set the floor.  It wants to control the manner of

18   emissions and the way that PADEP regulates these sources.  And

19   it cannot do that under the Clean Air Act.  It's prohibited.

20   It's inherent in the cooperative federalism structure of this

21   statute that the state has the first opportunity to determine

22   the manner of emissions in its state -- in its jurisdiction.

23   As Bethlehem Steel v Gorsuch said, a Seventh

24   Circuit case from the 1980s, the state proposes, EPA disposes.

25             What EPA is doing here is taking away the

Page 29

1    ability of the state to propose.  It is federalizing the Clean

2    Air Act and that, Your Honors, is why vacatur is essential

3    here because if this Court does not vacate, it will give EPA a

4    blueprint in which it can federalize the Clean Air Act and

5    take away from the states the congress -- congressionally

6    delegated power to determine in the first instance how it

7    should control emissions in its jurisdiction.

8                    Nothing further, Your Honors, unless --

9                    JUDGE RESTREPO:  Thank you.

10                   MR. SCHAEFFER:  -- there are any questions.

11                   JUDGE RESTREPO:  No.

12                   MR. SCHAEFFER:  Thank you.

13                   JUDGE RESTREPO:  Thank you.

14                   Counsel, we thank you all for your arguments

15   and your briefs.  They've been really helpful.  And we will

16   take this case under advisement.

17                   We'll -- we're going to order that the

18   transcript be prepared and Counsel should speak to the clerk

19   with respect to the cost and the preparation, and we'll ask

20   you to split the cost of the transcript.

21                   MR. SCHAEFFER:  Thank you, Your Honor.

22                   MR. ADKINS:  Thank you.

23        (Whereupon, this hearing concluded)

24

25

Page 30

1    1                    C E R T I F I C A T I O N

2    2

3    3         I, Sherri L. Breach, approved court transcriber,

4    4    certifies that the foregoing transcript is a true and accurate

5    5    record of the proceedings.

6    6

7    7

8    8

9         _____

     9

10

          Sherri L. Breach

11   10

12        Approved Court Transcriber

     11

13

     12

14

          Date:   November 10, 2023

15   13

16   14

17   15

18   16

19   17

20   18

21   19

22   20

23   21

24   22

     23

25   24

     25

**[& - addressed]**                                          Page 1

| & |
|---|

**&**   1:9,21

| 1 |
|---|

**1**   4:24,24 6:7
6:14 7:15
14:25 16:1
19:21 30:1
**1-888-777-6...**
2:8
**10**   30:11,14
**11**   30:12
**110**   4:24,24 6:7
6:14 7:15 9:1
14:25 16:1
19:21,23 26:5
26:15,20,20,21
**12**   30:13
**129.99**   17:3
**13**   3:4 30:15
**14**   30:16
**15**   30:17
**15222**   1:15
**154**   14:10
**16**   30:18
**1617**   2:2
**17**   25:16 27:2
30:19
**17105**   1:19
**18**   3:5 30:20
**1800**   2:7
**1801**   2:7
**19**   30:21
**19103**   2:3,7
**1980s**   28:24

| 2 |
|---|

**2**   30:2
**20**   17:8 30:22
**20044**   1:23
**2011**   10:15
14:17
**2016**   6:25 7:12
7:17 19:4,20
21:15
**2020**   2:2 7:2,3
15:22 26:24
**2021**   10:15
14:17
**2022**   9:5 15:1
22:3 26:13
28:1
**2023**   1:5 30:14
**21**   21:24 30:23
**22**   30:24
**22-3026**   1:3 4:3
**23**   30:24
**24**   21:25 30:25
**25**   3:6 30:25
**26**   13:25
**27**   3:7 14:20
15:11
**27th**   18:11
**28**   14:20

| 3 |
|---|

**3**   25:13 30:3
**30**   27:7

| 4 |
|---|

**4**   3:3 30:4

**44**   14:10

| 5 |
|---|

**5**   30:5
**511**   10:17
**515**   10:17

| 6 |
|---|

**6**   1:5 30:6
**6,000**   25:12
27:14
**603**   1:14
**691**   14:20
**699**   28:3
**6th**   1:14

| 7 |
|---|

**7**   30:7
**7410**   26:5
**7611**   1:22

| 8 |
|---|

**8**   25:16 27:2
30:8
**8464**   1:18

| 9 |
|---|

**9**   30:9
**9th**   1:17

| a |
|---|

**ability**   29:1
**above**   10:19
**accord**   16:25
**accounting**
23:18
**accurate**   30:4
**achieve**   24:14

**achieved**   19:14
24:12
**achieving**
24:10
**acknowledged**
15:5 16:7
**acknowledges**
10:4,6
**act**   4:17,24
5:20 7:13
12:22,23 13:22
13:25 14:1,24
15:15 17:18
21:12 22:23
25:21 26:1,5
28:19 29:2,4
**acted**   9:7 12:4
14:22 15:6
16:13 17:25
21:24 26:12
**action**   8:22 9:1
9:2 15:14,18
16:15 19:4,19
20:9 22:16
24:24 25:14,18
26:22,23,25
**actions**   8:10
**activity**   15:21
**actually**   22:7
**addition**   12:14
**additional**   12:7
12:14
**address**   21:2
**addressed**   12:7

**addresses** 19:7 23:4
**addressing** 5:13,16
**adkins** 1:20 3:5 18:19,20,22 19:22,25 20:6 21:1 22:13,15 22:22 24:21 25:3,5 29:22
**administration** 26:6
**administrativ...** 6:11
**administrator** 26:7,9,10
**admission** 14:9
**adopt** 6:6,8 14:4
**adopted** 5:10 5:16 6:1
**advised** 22:2
**advisement** 29:16
**affects** 12:12
**agency** 1:6 15:12 16:14 18:3,24 20:2,8 20:8 21:3,14 22:2,7,15,23 24:23
**agency's** 13:23 16:25 24:24
**agree** 5:11

**air** 4:17,24 5:19 12:23 13:22,25 14:1,24 15:15 21:12 25:21 26:5 28:19 29:2,4
**al** 1:6
**allied** 11:24,25
**alternative** 17:13
**analogy** 9:18
**analysis** 14:13 14:16
**annul** 7:8
**annulment** 7:7
**answer** 24:18 28:13
**anthony** 1:10
**apparent** 10:16
**appeals** 1:1
**appearances** 1:12
**appellate** 8:23
**appendix** 10:17 14:10,20
**applied** 11:20
**applies** 24:7
**apply** 24:7
**approach** 6:8,9 14:14 15:10 17:13,13 21:16 23:16
**approached** 12:10

**approval** 12:21 16:8
**approve** 22:21 22:24,24 25:24
**approved** 15:4 16:9 28:11 30:3,12
**approves** 15:12 20:4 26:9
**approximately** 10:22
**argument** 1:8 3:2 8:23 21:4,8 21:19,20 28:14
**arguments** 29:14
**arizona** 16:12 18:3
**art** 27:5,14
**asked** 27:20,21
**asking** 4:18 12:17,19,23
**assumes** 9:13
**atlantic** 2:6
**attempted** 23:16
**attempts** 23:17
**attorney** 1:16
**august** 15:1,7 18:11 26:14
**authority** 4:17 5:19,21 6:7,13 6:23 8:1,9 9:5 9:13 12:6 19:2 20:11 21:12,15

25:21
**average** 27:12 27:12
**averaging** 27:7 27:8

## b

**b** 6:14 14:25 16:1
**babst** 1:13
**back** 7:8
**bar** 23:1
**base** 10:24 11:6
**based** 9:15 13:20 24:2 27:3,9,12
**baseload** 9:24 10:12,15 11:3
**baseloader** 10:22
**basically** 17:15
**basis** 13:15 14:19
**beginning** 22:18
**believe** 11:18 17:15 19:25
**ben** 1:22
**benefits** 25:12
**best** 14:14
**bethlehem** 28:23
**better** 9:19
**biased** 11:5
**bibas** 1:9 4:20 5:2,7,15,23

6:15,20 7:20
7:23 8:2,11,13
8:18,20 15:16
15:18 16:4
19:17,24 20:5
20:12 27:21
**biggest** 25:19
**bit** 17:23 22:8
**black's** 7:6
**blueprint** 29:4
**blvd** 2:2
**boots** 22:10
**box** 1:18,22
**brandon** 1:20
18:22
**breach** 30:3,10
**brief** 13:25
14:11,20 15:11
17:10 21:5
24:17
**briefing** 18:15
21:9
**briefs** 12:13
18:2 29:15
**broad** 25:21
**broader** 20:24
21:3
**broke** 16:19
**bureau** 1:17

**c**

**c** 1:16 4:1,24,24
6:7,14 7:15 9:1
14:25 16:1
19:21,23 26:1
26:5,5,15,20

30:1,1
**calculation**
12:10
**calland** 1:13
**cap** 5:25 20:17
**capable** 19:14
23:8 24:9
**car** 9:19
**careful** 19:12
**case** 4:2,12
12:15 14:13,13
14:24 15:3,3,4
15:4,8,8,10,10
15:23 16:7,8
16:10,10,12
17:25,25 19:6
19:8 21:19
27:23 28:24
29:16
**cases** 16:14
18:2 20:14
**catalytic** 9:15
**categorical**
21:16
**causing** 23:14
**center** 1:14
**certifies** 30:4
**challenge** 5:3,5
5:5,13
**changed** 14:9
**changes** 20:22
20:24 21:3
**charge** 16:23
20:18

**charged** 5:25
**charles** 2:1
**charley** 25:9
**cherrypicked**
11:9
**choices** 14:2
18:6
**circuit** 1:2,10
28:24
**circumvented**
13:12
**circumventing**
14:23
**city** 9:20,20
10:2
**claimed** 15:8
**clean** 4:17,24
5:19 7:5,10,14
12:23 13:22,24
14:1,24 15:15
21:12 25:21
26:5 28:19
29:1,4
**clerk** 29:18
**clock** 8:3,3,4
**closes** 23:23
**closing** 18:5
**club** 7:3,4,11
7:18 11:10
14:25 15:5,23
16:7,23 17:14
18:11 19:6
23:24 25:10,13
**come** 17:9

**commenced**
17:6
**comment** 28:13
**comments** 28:4
**committed** 11:9
**common** 18:3
**commonwealth**
13:7,7
**communicati...**
16:19
**company** 2:6
**complaint** 5:24
**completely**
9:22
**compliant**
12:21 16:24
**complying** 8:7
**compounded**
14:6
**comprehensive**
27:3
**conceded** 21:6
21:6,10,11
**conceivably**
6:22
**concluded**
29:23
**concurrent**
18:1
**concurrently**
16:13
**conemaugh** 1:3
4:7 11:1
**confirmed**
24:13

congress 29:5
congressiona...
  29:5
consequence
  7:3
consider 7:6,7
consideration
  14:16 19:12
  24:3 25:2
consistent
  16:13 17:3
  19:5
contention
  13:25
context 9:24
contradict 24:5
contradicted
  9:16
contrary 12:4
contrast 10:2
  24:4
control 14:2,4
  14:8 18:6
  28:17 29:7
controls 19:10
  23:6,9,11,14,18
  24:10,14 27:5
  27:14
cooperative
  20:14 27:22
  28:20
cooperatively
  17:7
correct 16:2
  22:13 25:3

corrected 20:4
  20:7
corrects 20:3
  26:8
cost 29:19,20
counsel 1:17
  18:9 26:4
  29:14,18
counties 25:16
  27:2
course 11:24
  20:9
court 1:1 2:6
  4:6,18 5:12
  6:25 7:2 8:6,23
  9:2,12 11:10
  12:24 13:6,10
  15:5 16:23
  17:14 18:12,16
  18:21 19:16
  23:24 24:17,24
  25:9,14 26:4
  27:15,24 29:3
  30:3,12
court's 7:18
  18:10 19:5
  23:1
courts 11:19
creating 19:10
critical 26:19
curable 11:19
  12:3
cured 12:1,13
current 14:9

currently 10:5
cycling 10:1,5,6
  10:12,12 11:7
  23:19

**d**

d 3:1 4:1
d.c. 1:23
d.e.p. 4:8 18:15
daily 27:9
data 9:21 10:14
  11:1,3,8 14:16
  14:18 19:13
  23:10,19,20
  24:3,5,6,8,13
  26:24 27:4
date 27:25
  30:14
day 22:1
days 27:8
deadline 8:5,6
  15:14 22:16,17
  22:18
deal 25:22
dealing 8:2
decades 19:12
  24:3
december
  22:19
decided 7:2
deciding 6:8
decision 7:3,4
  7:18 11:10,18
  15:23 16:23
  23:1

decisively 27:1
defect 12:1,6
defects 11:19
defend 13:15
  18:8
deficiencies
  12:3
deficiency 20:4
  26:8
definitions 7:6
degradation
  14:12
delegated 29:6
demand 23:23
  23:23
demonstrate
  17:24
deny 19:16
  24:17 25:14,24
  27:15
department
  13:8 18:22
departs 13:16
  13:22
dept 1:18,20
despite 14:8
  18:11
details 27:4
determine
  28:21 29:6
develop 10:11
  17:6
developing
  17:10

**different** 6:9 15:4 17:11,14 23:22

**disapproval** 8:23 14:25 15:1,7 16:1 19:20 20:23 26:14 27:25

**disapprove** 7:18,25 20:24 22:24,25

**disapproved** 6:12,16,19,22 9:4,8 16:10 20:17,25 21:3 21:4,22

**disapproves** 26:7

**disapproving** 5:22 8:14 19:3 20:1 21:12 26:2

**disposes** 28:24

**disregarded** 14:7

**disruption** 12:2

**distinguishable** 14:24

**division** 1:21

**divorce** 9:22

**document** 10:18,18

**doing** 28:25

**downs** 10:3

**driving** 9:20,20 9:22,25 10:2

**due** 20:9

**e**

**e** 3:1 4:1,1 30:1

**earlier** 16:3

**earthjustice** 2:1

**economy** 9:19 9:21

**effects** 12:11

**egu** 14:10,16

**egus** 13:20 14:12

**either** 6:10 12:20 16:13 18:1

**electric** 4:15

**emission** 14:2 14:19 17:12,13 18:5 21:7 25:11 26:25 27:8,9

**emissions** 4:13 23:8 27:8 28:18,22 29:7

**encourage** 23:17

**environmental** 1:5,18,21 13:8 18:24

**eomissions** 23:15

**epa** 4:3,14,19 4:25 5:9,14,17

5:19,21,25 6:5 6:8,9,13,19,22 6:24 7:11,16 7:25 8:5,7,8,17 8:24 9:2,3,4,8,8 9:13,14 10:10 10:13,14,25 11:2,4,8 12:4 12:10,20,22 13:16 14:6,22 15:4,6,6,12,14 16:9,12,12,18 16:24 17:7,9 17:25 18:2 19:2 20:4,7 21:11,24,25 22:21 23:9 24:6,8,12,21 25:21,23 26:1 26:4,12,13,14 26:19,21,23,25 27:11 28:2,7 28:12,16,24,25 29:3

**epa's** 4:17 8:8 9:16 10:17 11:17 13:10,13 13:20,25 14:8 15:1,11 18:6,9 19:4,12 20:11 23:16 24:2 25:11,14 26:16 27:3

**equipment** 10:13 14:12

**equivalent** 8:14

**erred** 14:6

**error** 12:9

**errors** 11:9

**esq** 1:13,16,20 2:1

**essential** 26:23 29:2

**essentially** 17:10

**establishes** 4:25

**estimate** 9:20 11:5

**estimating** 10:11

**et** 1:6

**evaluation** 14:11

**evidence** 28:5

**exact** 26:11

**excedrin** 25:8

**exceed** 4:20

**exceeded** 4:19 21:15

**excess** 19:10 23:14

**excuse** 8:7 25:22

**existence** 8:6

**existing** 14:11

**expected** 10:10

**explain** 13:11 18:7

**explained**
12:12 18:14
**explanation**
12:14
**extension** 18:11
**extinguish**
20:11

**f**

**f** 2:2 30:1
**faces** 18:6 28:9
**facilities** 20:20
**fact** 9:16 11:19
12:7 15:1,7
28:9
**factors** 11:25
12:1
**facts** 14:23
17:24
**failed** 6:10
25:17
**february** 17:16
22:2
**federal** 4:14,18
5:1,18,20,21
6:23 8:9 9:5,9
9:13 10:11
12:5,20 19:3,7
19:11,14,15
20:2,7,8 21:7
21:13,21,25
22:5,5,9 23:1,3
23:21 24:1,15
26:1,2
**federalism**
20:14 27:22

28:20
**federalize** 29:4
**federalizing**
29:1
**felipe** 1:9
**filed** 7:2
**final** 25:13
27:11
**finalize** 8:22
**finalized** 20:8
26:13
**finalizing** 22:5
**find** 6:10 11:19
15:19
**finding** 12:7
**findings** 9:17
24:6
**fip** 13:10,13,15
14:4,7 15:8,13
15:22 16:25
17:10,17 18:1
18:7,12,16
25:22 26:6,10
26:12,14 28:8
28:14
**fips** 25:22
**first** 4:23 5:17
7:14,15 8:16
12:1,4 13:13
15:19,19 19:2
19:18 20:16
21:5,6 22:17
28:21 29:6
**five** 10:6,22

**flexibility** 27:7
27:12,15
**floor** 1:14,17
28:14,17
**focus** 19:17
22:4
**focusing** 15:20
**followed** 5:9
26:15
**forced** 13:14
**foregoing** 30:4
**found** 11:10
17:4
**four** 4:8,14
**franklin** 1:22
**frankly** 17:8
21:5
**frequency** 11:4
12:11
**frequent** 10:3
11:5 23:19
**frequently**
10:12 27:7
**friend** 15:20
27:24 28:13
**friends** 19:18
**front** 7:13
12:22
**fuel** 9:19,21
**function** 10:9
**fundamental**
4:16 12:9
**funds** 28:10
**further** 12:25
29:8

**future** 14:9

**g**

**g** 4:1
**gaping** 23:23
**gateway** 1:14
**general** 1:16
**generating**
4:15
**give** 6:23 8:1
9:4 20:15 29:3
**given** 11:2
**gives** 7:7 25:21
**giving** 20:19
**glove** 20:15
**go** 22:3
**goes** 11:23
**going** 17:16
18:9 20:19
22:21 29:17
**good** 4:4,5 13:5
18:21 25:9
**gorsuch** 28:23
**graphs** 10:18
**ground** 22:11
**guidance** 10:18
13:17
**gun** 6:3

**h**

**hand** 20:15
**hang** 19:18
**happen** 20:3
**happened**
16:18,22 17:2
17:19 27:21

**happens**  22:14
**happy**  24:18
**harrisburg**
    1:19
**hats**  19:19
**health**  25:17,18
**hear**  18:9
**heard**  21:8
    25:25
**hearing**  29:23
**heart**  5:24
    27:22
**heat**  10:1,3,8
**help**  27:1
**helpful**  29:15
**high**  10:1 23:23
**highest**  11:1,2
    11:4
**highway**  9:19
    9:21,25
**holding**  13:19
**hollow**  14:3
**honor**  5:5
    11:15,21,25
    15:24 16:21
    17:23 29:21
**honorable**  1:9
    1:9,10
**honors**  4:5 9:11
    9:17 10:16
    11:12 13:2
    19:1 29:2,8
**hours**  10:19
    17:8

**hovering**  19:8
    23:5
**huh**  6:20 8:20
    19:24 20:5

**i**

**identified**
    23:24
**ignoring**  13:12
**imminent**
    15:14
**implement**
    22:21
**implementati...**
    4:14 6:16 8:15
**important**
    14:15 26:18
**imposed**  9:14
    13:10
**imposing**  13:16
**improper**  6:4
**improperly**
    14:18
**inaction**  14:21
    18:6
**inadequate**
    17:5
**included**  10:15
    10:21
**including**  25:19
**incomplete**
    6:11
**inconsistent**
    15:9
**incorporating**
    13:14 18:7

**incumbent**
    7:14
**incurable**  12:6
**indiscernible**
    20:14
**individual**  6:1
    20:18
**informed**  17:16
**inherent**  14:12
    28:20
**inputs**  10:1,3,8
**installed**  23:9
    23:18
**instance**  5:17
    7:15 8:25 22:6
    29:6
**instances**  23:12
**instructions**
    19:5
**interesting**
    15:20
**interstate**
    13:21
**intervenor**  13:7
    18:15
**interventor**  2:1
**invoke**  6:6
**invoked**  5:21
    6:13
**involve**  15:1
**issuance**  13:13
**issue**  4:18 5:17
    5:20,21 6:18
    8:9 9:5,12,13
    9:17 13:14

    16:8,25 17:9
    17:17 19:8,13
    21:13 23:4
    25:20,22,22,25
    26:2 28:15
**issued**  12:5
    15:6 26:14
**issues**  26:18
**issuing**  14:7

**j**

**jesse**  1:16 4:8
    13:6
**john**  2:2
**joint**  14:10,20
**joseph**  1:10,13
    4:6
**judge**  4:2,11,20
    5:2,7,15,23
    6:15,20 7:20
    7:23 8:2,11,13
    8:18,20 11:14
    11:16,22 12:17
    13:3 15:16,18
    16:4,16 17:20
    18:18 19:17,24
    20:5,12 22:10
    22:14,20 24:19
    25:1,4,6 27:17
    27:20,21 29:9
    29:11,13
**judges**  1:10
**jumping**  6:3
**june**  26:13
**jurisdiction**
    28:22 29:7

**justice** 1:20
18:23

**k**

**k** 26:21
**kennedy** 2:2
**keystone** 1:3
4:2,7
**knocked** 5:25
**know** 5:24 9:18
15:22 20:18,20

**l**

**l** 1:9 30:3,1
**lacks** 13:15
**language** 8:7
8:25 26:5
**late** 17:16
**law** 7:7 12:4
21:19
**lawful** 15:4
16:9
**lead** 26:18
**left** 11:12
**legal** 7:17
13:15
**letter** 26:15
**levels** 26:25,25
27:10
**liking** 6:8
**limit** 17:12,13
20:11 21:9
27:9
**limitations**
14:7,9,18

**limited** 20:23
**limits** 4:12,13
4:17,19,21,21
4:23 5:10,14
5:18 6:6 8:8
9:1,15 10:11
12:10 14:4,19
18:7 19:15,15
20:19 21:7,15
21:16,20
**litigation** 7:1
**little** 17:23
**live** 25:17
**llc** 1:3 4:8
**load** 10:24 11:6
**long** 13:17 15:9
**look** 12:1
**looked** 24:6,12
**loophole** 23:24
**loss** 28:10
**low** 23:8,23
24:15
**lower** 10:2
14:19

**m**

**made** 28:14
**make** 13:9
18:25 20:22
**making** 8:24
**man** 17:8
**management**
26:19
**manner** 28:17
28:22

**market** 2:7
**marriage** 7:8
**matter** 6:7
**maximum** 27:9
**mcphedran** 2:1
3:6 25:6,7,7,10
27:18
**meet** 25:17
28:15
**meetings** 17:8
**mentioned** 18:2
27:2
**merits** 16:17
**methodology**
13:21 15:9
**mid** 2:6
**million** 25:16
27:2
**minimum** 10:8
**minutes** 4:9,10
11:12
**moment** 5:3
**month** 21:24,25
22:18
**months** 22:3
**montour** 11:16
11:17,24
**morning** 4:4,5
13:5 18:21
25:9
**moved** 16:8
**multiple** 10:15
10:21 18:2

**n**

**n** 1:20 3:1 4:1
30:1
**name** 4:6 13:6
18:22
**national** 2:6
**natural** 1:21
**need** 8:22 9:2
10:7 25:18
**needed** 9:9
**neighboring**
24:11
**neither** 18:7
**never** 9:8 13:21
15:6 16:9
**nitrogen** 4:13
**non** 24:13
**notes** 15:11
**novel** 13:16
**november** 1:5
30:14
**nox** 4:14 9:14
10:11 19:10
23:8,14 24:10
24:12 25:12
26:25
**nullity** 7:17,21
7:24
**number** 17:7

**o**

**o** 4:1 30:1
**obligated** 20:2
**obligation** 28:8
**observed** 23:10
23:12,19

occasionally 10:7

occurred 26:11

offers 25:11

office 1:16

oh 21:9

okay 5:11,15 5:23 8:18 20:12 25:4

oklahoma 16:12 18:3

omissions 19:10

omitted 14:15 14:15

ones 6:2

operate 10:5,8 10:13 19:9 23:5

operated 27:6

operating 14:16 19:12 22:7 23:10,14 23:19,20,23 24:3

operation 27:10

operations 9:25 10:1,2,16,22,24 11:3,4,6,7 14:10

operator 17:3

operator's 17:5

operators 23:17

opinion 17:21 23:25

opportunity 28:21

oral 1:8 28:14

order 6:23 8:1 18:10,13 29:17

ordered 12:15

original 17:21

ounce 24:5

outside 14:16 24:14

overall 5:25 20:17

own 9:16 14:8 16:14 25:25

oxides 4:13

ozone 14:14,17 24:6,8,13,14 25:17

## p

p 4:1

p.o. 1:18,22

pa 1:4,15,16,19 2:3,7 8:7 28:6

padep 6:24 7:14 9:6 28:3 28:16,18

padep's 28:4

page 3:2 13:25 14:10 15:11 28:3

pages 10:16 14:20

part 6:17 8:14 8:15 16:17 22:24,25 26:8

partial 19:20 20:22,22

partially 20:24

particular 19:13 20:20

parties 7:9

parts 7:21,22 7:25 16:3

past 10:20

pause 27:19

pe 28:3

pending 7:13 12:22 15:12 22:11,15 24:23

penn 17:24

pennsylvania 4:8,15 13:7,11 13:12,14,18,24 14:2,4,23 15:3 15:11 16:8,18 16:23,24 17:2 17:4,4,12,16 18:5,15 25:16

pennsylvania's 14:2,20,22 15:2,25 16:11 16:15 17:25 18:15 21:18,20

people 25:17 27:2,2

perform 14:11

period 17:7 21:25 22:4

permits 13:14 13:19

perspective 22:11

petition 7:1 19:16 24:17 27:15

petitioner 1:4 1:13 4:7 24:4

petitioner's 4:9

petitioners 21:8 24:4

petitions 25:14

philadelphia 1:4 2:3,7

pittsburgh 1:15

place 28:9,11

plain 8:7,25

plan 4:14,18 5:1,18,20,21,22 6:11,11,12,19 6:24,24 7:12 7:17,20 8:9,15 9:3,5,6,9,14 10:11 12:5,20 19:3,4,7,11,15 19:15,19,20 20:1,2,4,7,7,8,9 20:10 21:7,13 21:13,15,21,23 21:25 22:2,5,5 22:9 23:1,4,21 24:2,15,22

25:23 26:1,2,3 26:9,9 27:3
**plans** 6:21,22 25:23,24,24,25 25:25
**plant** 27:13
**plants** 23:7 25:20 26:25
**plantwide** 27:12
**please** 4:6 13:5 18:21 25:9
**point** 5:8 13:13 14:21 19:18 20:2 22:8 23:3 24:1
**pointed** 24:5
**points** 13:9,10 18:25
**polluters** 25:19
**pollution** 14:8 25:19 27:1,5
**portions** 19:3 21:22
**position** 15:25 16:11
**possibility** 22:22
**possible** 22:20
**power** 5:17 23:7 29:6
**powerplants** 19:8
**practice** 16:14 18:3

**preconditions** 9:1
**preparation** 29:19
**preparatory** 8:10
**prepared** 29:18
**presumptive** 5:25 6:8 15:2,7 16:2 20:17 21:16
**prior** 21:8 26:24
**problem** 14:6 19:8
**problematic** 13:18
**procedural** 5:2 5:4,12
**procedurally** 6:4
**procedure** 5:9
**proceeded** 17:2
**proceedings** 30:5
**prohibited** 28:19
**projections** 9:15
**projects** 1:3 4:8
**promulgate** 5:1 6:23 19:3 20:2 21:13 26:6
**promulgated** 9:9 21:14

**promulgates** 26:10
**properly** 6:6
**proposal** 7:8
**propose** 8:22 26:12 29:1
**proposed** 7:18 7:25 20:7 21:25 22:23 27:25
**proposes** 28:24
**protect** 25:18
**protection** 1:6 1:18 13:8 18:24
**provide** 26:21
**provides** 27:7,9 27:11
**providing** 27:12
**provision** 12:21 16:2,5
**provisions** 13:19 17:5
**public** 25:18
**publish** 5:17,20
**purposes** 13:22
**pursuant** 15:4 16:9
**pursuing** 22:4 22:9
**put** 7:8

| q |
|---|
| **question** 11:14 21:2 22:25 23:7 27:21 28:6 |
| **questions** 12:25 24:18 29:10 |
| **quite** 17:8 22:7 22:8 |

| r |
|---|
| **r** 4:1 26:1 30:1 |
| **racing** 8:4 |
| **ract** 13:11,15 13:17,20,22,23 14:5 15:2,3,7,9 16:2,25 18:8 18:13 21:22 23:2 24:7 26:1 28:15 |
| **radically** 17:11 |
| **raise** 8:24 9:12 |
| **raised** 21:4 |
| **rate** 11:1,2 12:12 23:16 24:7 |
| **rates** 23:22 24:15 27:13 |
| **rather** 8:9 |
| **rcsob** 1:17 |
| **reached** 7:16 |
| **reads** 26:20 |
| **reality** 9:23 |
| **really** 16:17 24:23 27:22 29:15 |

**reason** 28:2,16
**reasonable**
  19:4
**reasonably**
  19:7,11 21:24
  22:7 23:4 24:6
**reasons** 12:4,12
  18:14 24:16
**rebuttal** 4:10
  13:3
**recall** 6:25
**recent** 19:19
  23:20
**record** 12:8,14
  27:4 28:3 30:5
**reduce** 25:19
  27:1
**reduction** 9:16
  27:15
**reductions**
  24:12 25:12
**referenced**
  16:14
**refers** 5:12
**reflecting**
  14:17
**reflects** 19:12
  24:2,8
**regarding**
  13:13 14:21
  25:23 26:1
**region** 2:6
**regulates** 28:18
**regulation** 15:2
  15:5,8 16:9

**regulatory** 1:17
  16:2
**reject** 7:9
**rejected** 17:14
**relies** 11:24
  16:12 18:2
**rely** 8:23
**remain** 15:12
**remaining** 4:9
**remand** 11:18
  12:2,4,8,15,20
  19:5 21:25
  22:3 26:24
**remedy** 11:23
**replace** 15:13
**reply** 21:5
**reporting** 2:6
**represent** 4:7
  13:6 18:23
**representative**
  11:6
**request** 18:12
**requests** 18:16
**required** 11:10
  11:11 12:22
  26:17
**requires** 8:8
  14:25 26:1
  27:6
**reserve** 4:10
**resources** 1:21
  22:4
**respect** 4:13,16
  5:12 23:3 24:1
  29:19

**respondent** 2:1
  18:23
**respondents**
  1:7,20
**restrepo** 1:9
  4:2,11 12:17
  13:3 16:16
  17:20 18:18
  22:10,14,20
  25:1,4,6 27:17
  27:20 29:9,11
  29:13
**result** 9:22
  10:10 11:11
**results** 14:18
**return** 9:22
**returns** 9:19
**review** 7:1
  25:15 27:3,16
**reviewing** 17:4
**revise** 25:24
**revised** 16:24
  22:1
**revision** 9:5
  17:4,6 26:9
  28:1
**rhymes** 25:7
**right** 6:15 16:4
  19:17 22:12
  26:4
**role** 27:11
**round** 14:19
  24:7,8,12
**rule** 8:24 25:11
  25:13 26:24

**s**

**s** 4:1
**sanctions** 13:25
  28:10
**sat** 17:18
**satisfy** 18:10,13
**schaeffer** 1:13
  3:3,7 4:4,5,7,12
  4:23 5:4,11,16
  6:5,18,21 7:22
  7:24 8:5,12,16
  8:19,21 11:15
  11:21,23 12:19
  27:20 29:10,12
  29:21
**scirica** 1:10
  11:14,16,22
  24:19
**scope** 16:1
  20:23
**scr** 9:16 10:8
  10:13,19,20
  11:1,5,5 19:9
  23:6 24:14
**season** 14:17
  24:6,8,13,14
**second** 8:25
  9:12 11:2
  14:21 19:7
  21:11 22:18
  23:3
**section** 4:24 6:7
  7:15 9:1 14:24
**seemed** 11:17

seems  5:23
select  10:25
selected  6:24
selecting  11:4
selective  9:15
self  14:3
separate  5:8
series  6:1
serving  14:3
set  4:14 8:3
   9:21 10:14
   11:1,3,8 19:15
   21:7,15,21
   23:1,21 24:6
   24:15 28:17
sets  28:14
seven  25:12
seventh  28:23
several  10:20
sherri  30:3,10
short  8:3 17:21
shot  20:16,19
showing  18:3
   19:13
shows  10:18
   24:9
shut  10:3
side  15:20
   19:18 27:24
sierra  7:2,4,11
   7:18 11:10
   14:25 15:5,23
   16:7,22 17:14
   18:11 19:5
   23:24 25:10,13

signal  11:24
   12:1
significant
   25:11 28:9,10
similar  24:11
   24:12
similarly  24:15
sip  12:21 13:12
   13:19 14:3,21
   14:22 15:4,22
   16:8,9,15,19,24
   17:3,5,6 18:6
   22:11,15,16,16
   22:21,21,23
   24:20 26:7
   28:1,1,7,8,11
   28:16
sips  15:3,12
   17:17 25:22,23
sir  4:4
site  6:1 20:18
six  22:3
skewing  14:18
slate  7:4,10,13
sorry  25:23
sort  23:17
source  10:17
   14:11 21:7,9
   21:14,20
sources  19:13
   19:14 21:21
   23:2,4,10 24:4
   24:9,9,11,13
   27:6 28:15,18

speak  24:24
   29:18
specific  6:1
   20:19 21:7,9
   21:14,20
spelled  27:4
spend  10:19
spikes  27:8
spirit  26:15
split  29:20
stacked  11:3,8
standard  13:20
   13:23 17:1
   25:17
standards
   13:11 21:22
   24:7
standing  13:17
   15:9
stanwix  1:14
start  4:23 9:18
startups  10:3
state  5:22 6:10
   6:16,22,24
   7:12,17 8:15
   9:3,6 10:1
   12:21 19:4
   20:1,3,4,6,7,10
   20:10,16,19
   21:4,6,12,22
   22:1,1,2,8 23:9
   24:20,22,22
   25:23,23,24,24
   25:24 26:3,8
   26:13,22 27:5

27:14,25 28:7
   28:7,9,12,21,22
   28:24 29:1
stated  24:16
states  1:1,5,10
   18:22,23 24:11
   26:17,18 29:5
station  1:22
stations  4:15
   9:24 10:4,19
   10:23 12:11
statute  8:8,8
   20:1 21:17,18
   26:17,19 28:21
statutory  5:5
   19:2 28:8
steady  10:1
steel  28:23
step  7:15
stephanos  1:9
straight  6:1
   20:18
strategy  13:16
   17:11
street  1:14 2:7
struck  16:5
structure  28:20
stuck  13:19
subject  7:1
   13:24
submission
   6:16 8:15
   26:13
submissions
   13:12

submit   6:10
   13:19 14:3
   17:3 28:7,8,16
submittal   14:5
submittals
   14:22 15:6
   18:1
submitted   6:25
   9:6 15:3 17:17
   20:6,10 22:1
   24:25 27:25
submitting
   16:24 18:11
subsequent
   14:5
substance   5:13
   9:17
substantive
   5:10
substituted
   14:13
sudden   16:19
suffices   19:21
suggest   11:17
suite   2:2,7
supervise   26:22
supervision
   26:16
supplanted
   18:6
support   12:7
   21:17,18,19
supports   25:13
supposed   20:15

sure   15:24
   19:22 21:1
systems   10:8

**t**

t   26:1 30:1,1
table   7:9 25:13
take   7:15 8:22
   10:14 16:14
   22:16 24:24
   29:5,16
taken   9:1,3
   20:9
takes   8:9 27:5
talk   19:19
   26:17
talked   12:11
talking   5:3
   26:21
technical   10:17
   10:18 13:15
technological
   14:7,17
technology
   14:8
tell   28:7,12
temperature
   23:13
temperatures
   19:9 23:5
ten   10:14,21
text   19:25
thank   13:2
   15:24 16:21
   18:17,18 25:4
   25:5 27:17,18

29:9,12,13,14
   29:21,22
thing   20:13
   21:10
things   6:10
   20:3,23 21:6
think   5:8,9
   17:22 20:12,13
   21:2 22:6
   28:13
third   1:2 10:25
   11:4 14:13
   19:11 24:1
thoughtful   24:2
thousand   17:8
three   4:25,25
   5:19 6:9 8:10
   11:20 12:11
   14:12 18:25
threshold
   10:21 23:22
thresholds
   10:19,20 23:13
tiered   17:12
   23:22
time   4:9,19
   13:1 15:19,19
   17:11,17,20,23
   21:5 22:8 24:9
   26:6
timeline   26:11
timing   17:9
today   9:12 13:9
   18:14 19:13

told   27:24 28:2
   28:16,16
tons   25:12
   27:14
took   11:2 26:4
tools   26:21
towards   9:21
   10:23 11:3,6
   14:19 22:17,18
transcriber
   30:3,12
transcript   1:8
   29:18,20 30:4
transport
   13:21
treat   8:13
treated   7:12
troubling   20:13
true   7:24 20:6
   22:2 30:4
turn   9:11
two   1:14 4:10
   6:21 8:3 12:4
   13:9 20:3,3
   21:6 22:17
   26:2,6
type   6:6
typically   11:19
   12:15

**u**

u.s.   1:20
uh   6:20 8:20
   19:24 20:5
unambiguous
   20:1

**under** 4:17,21
5:19 6:7,13
7:15 8:5,16
12:23 15:14
16:1 19:21,23
21:12,21 25:2
28:19 29:16
**understand**
4:22
**understanding**
24:21
**united** 1:1,5,10
18:22,23
**units** 10:5,7,12
10:12,13 23:22
27:13
**unrebutted**
28:4
**urgent** 25:18
**urges** 25:14
**usage** 9:16 11:1
11:5,5
**use** 23:11,17
24:14
**used** 13:21
17:23 24:8
**using** 9:21 15:9
23:8 24:10
**usurping** 14:1

**v**

**v** 1:4,13 4:2
28:23
**vacate** 4:18
12:19 18:16
29:3

**vacatur** 7:4,4,7
7:12 8:14
11:10,18 12:2
12:16 29:2
**variables** 11:9
**various** 26:21
27:13
**veritext** 2:6
**violate** 14:1

**w**

**wait** 7:16,20
**waited** 22:7
**walker** 1:16 3:4
4:8 13:4,5,6
15:17,24 16:5
16:21 17:22
**want** 9:12
11:13
**wants** 28:17,17
**warrant** 11:18
**washington**
1:23
**waves** 22:17
**way** 7:8 20:15
26:20 27:1
28:18
**ways** 4:25,25
5:19
**we've** 26:24
**weeks** 15:17
**weighed** 10:23
**weighted** 9:21
23:16 27:13
**wipe** 7:9

**wiped** 7:14
**wipes** 7:4
**work** 20:15
**worked** 17:7
22:8
**working** 16:18
17:6,12 24:19
24:22 25:1
**wrong** 5:8,9
6:19

**x**

**x** 3:1

**y**

**yeah** 6:18
**year** 8:3 10:14
10:21 14:19
15:21 22:19
24:7,8,12
25:12
**years** 10:6,15
10:20,21 20:3
26:2,7

## CERTIFICATE OF ACCURACY

I, Joseph V. Schaeffer, am liaison counsel for the purpose of coordinating the production of a transcript of the November 6, 2023 argument in Third Circuit Case No. 22-3026 (consolidated with No. 22-3039). Counsel for the parties reviewed and made corrections to the transcript. On behalf of all parties, I certify that the transcript filed with the Court is accurate.

_____

JOSEPH V. SCHAEFFER